# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:07-cr-120-Orl-22GJK

**ELIZABETH ANN OSBORNE,**

**and**

**AMBER DIAGNOSTICS, INC.**

       **Garnishee.**

## ORDER

This cause comes before the Court on the Government's Application for Writ of Continuing Garnishment (Doc. No. 27).

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 1, 2009 (Doc. No. S-5) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Government's Application for Writ of Continuing Garnishment (Doc. No. 27) is GRANTED. The Clerk is directed to issue the Writ directed to the Garnishee.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 21, 2009.

Copies furnished to:

Counsel of Record
Pro Se Party
Garnishee

ANNE C. CONWAY
United States District Judge